1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6         FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   ROBERT L. WILLIAMS                No. C 06-00384 VRW

9            Plaintiff,              NOTICE AND ORDER SETTING
                                     SETTLEMENT CONFERENCE
10      vs.

11  CITY OF HAYWARD et al,

12           Defendant.
                                    /
13  _____

14      TO ALL PARTIES AND COUNSEL OF RECORD:

15      You are hereby notified that a Settlement Conference is scheduled for June 24,  2008 at 1:00

16  p.m., Courtroom G, 450 Golden Gate Avenue, San Francisco, CA 94102.

17      Lead counsel who will try the case shall appear at the Settlement Conference.  Parties with

18  the person or persons having full authority to negotiate and to settle the case shall be present or be

19  available on telephone standby.

20  SO ORDERED.

21  Dated: 6/17/08

                                    _____
22                                  NANDOR J. VADAS
                                    United States Magistrate Judge
23

24

25

26

27

28

*United States District Court*
*For the Northern District of California*