IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ROBERT L. WILLIAMS,<br><br>    Plaintiff,<br><br>    v<br><br>CITY OF HAYWARD, et al.,<br><br>    Defendants. | Case No C 06-0384 VRW<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on <u>June 24, 2008</u>. The results of that proceeding are indicated below:

(1)     The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

       ☒  Plaintiff

       ☐ Warden or warden's representative

       ☐ Office of the California Attorney General

       ☒ Vernon C. Goins, II for Plaintiff, Jeff Cambra for City of Hayward and Michael S. Lawson for City of Hayward

(2)    The following individuals, parties, and/or representatives did not appear:

(3)    The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☒ The parties agree to an additional follow up settlement after additional discovery has been completed.

☐ The parties are unable to reach an agreement at this time.

Date:  July 15, 2008

_____
Nandor J Vadas
United States Magistrate Judge