VERNON C. GOINS II (CSBN 195461)
TAYLOR, GOINS & STALLWORTH LLP
1330 Broadway, Suite 1530
Oakland, CA 94612
Telephone: (510) 893-9465
Facsimile: (510) 893-4228

Attorney for Plaintiff
ROBERT L. WILLIAMS, an individual

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. WILLIAMS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HAYWARD POLICE SERGEANT K. STIVER, HAYWARD POLICE DETECTIVE LAMPKIN, HAYWARD POLICE OFFICERS M. MATTHEWS, COOPER, CARPENTER AND CORRIERE,<br><br>Defendants. | No. C06-0384 VRW (PR)<br><br>[PROPOSED] ORDER DISMISSING ACTION |

PURSUANT TO STIPULATION, IT IS SO ORDERED, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to FRCP 41(a) (1).

DATED: 2/6/2009



HON. Judge Vaughn R Walker
IT IS SO ORDERED